IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                        Case No. 4:22-cr-40001-008

STEPHEN HADEN SULLIVAN                                                              DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed by the United States of America. ECF No. 162. The United States moves the Court to dismiss the Indictment (ECF No. 79) as to Stephen Haden Sullivan in the above-captioned matter. Upon consideration, pursuant to Fed. R. Crim. P. 48(a), the Court finds that the motion should be and hereby is **GRANTED**. Accordingly, the Indictment as to Stephen Haden Sullivan is **DISMISSED**.

**IT IS SO ORDERED**, this 20th day of December, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge